# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

In the Matter of the Search of  )
*(Briefly describe the property to be searched or identify the person by name and address)*  )
THE RESIDENCE LOCATED AT 1025 CHURCH STREET, APARTMENT A, LYNCHBURG, VA 24504  )
)
)
)

Case No. 6:21mj38

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

The residence located at 1025 Church Street, Apartment A, Lynchburg, VA 24504

located in the  Western  District of  Virginia , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 846 | Conspiracy to Distribute 3,4 methylenedioxy methamphetamine (MDMA), a Schedule I controlled substance. |

The application is based on these facts:

See Affidavit in Support of an Application for a Search and Seizure Warrant by Telephone or Other Electronic Means.

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

/s/ Brianna M. Coleman
*Applicant's signature*

Brianna M. Coleman, Special Agent, HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 11/08/2021

*Robert S. Ballou*
*Judge's signature*

City and state: Roanoke, Virginia

Robert S. Ballou, United States Magistrate Judge
*Printed name and title*