# ATTACHMENT A

1025 Church Street, Lynchburg, VA 24504, the TARGET RESIDENCE, is further described as a large, three-story, yellow brick commercial/residential building. There are three doors at the center of the building. The door to the left is marked "1025A" over the door, the center door is marked "1025" over the door, and the door to the right is marked "1025B" over the door. Upon further viewing, the doors to the right and left appear to not be in use and have key locks at the top of both doors. During surveillance, all people accessing the building used the center door. Further, because the doors are glass, two additional doors were visible inside the center locked front door. This warrant seeks to search apartment "A", which is accessed via the left interior door, through the center door of 1025 Church Street.

