AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

## Return

| Case No.: 6:21mj38 | Date and time warrant executed: 11/17/21 0750 | Copy of warrant and inventory left with: At residence |
|---|---|---|

Inventory made in the presence of: SA Brianna Coleman

Inventory of the property taken and name(s) of any person(s) seized:

Bag of Psilocybin mushrooms
Pill bottle of Adderall
Pill bottle of Suspected Xanax
Psilocybin Powder
Unknown Peter Powder
Colt Revolver Ser # 126211
Glock Pistol Ser # BRFO 593
2 digital scales
2 boxes of Ammo
3 thumb drives
2 iphones
3 laptops

Nothing further

**Received in Chambers**
By Reliable Electronic Means
November 19, 2021

**Hon. Robert S. Ballou**
**United States Magistrate**

CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
11/19/2021
JULIA C. DUDLEY, CLERK
BY:   s/ A. Little
         DEPUTY CLERK

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 11/19/2021

_Brianna Coleman_
Executing officer's signature

_SA Brianna Coleman_
Printed name and title